IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Gren, Gustavo A | Case Number: 08 B 22292 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 8/25/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 460.32 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 460.32 |
| Totals: | 460.32 | 460.32 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 2. | Selfreliance Ukrainian American FCU | Secured | 0.00 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 439.11 | 0.00 |
| 4. | Wells Fargo Financial Illinois Inc | Unsecured | 44.76 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 737.95 | 0.00 |
| 6. | Commerce Bank | Unsecured | 155.29 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 772.94 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 149.86 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 242.43 | 0.00 |
| 10. | FIA Card Services | Unsecured | 110.61 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 49.50 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 8.03 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 253.09 | 0.00 |
| 14. | Bank Of America | Unsecured |  | No Claim Filed |
| 15. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 16. | Ana Glen Flores | Unsecured |  | No Claim Filed |
| 17. | Bank Of America | Unsecured |  | No Claim Filed |
| 18. | Beneficial | Unsecured |  | No Claim Filed |
| 19. | Chase | Unsecured |  | No Claim Filed |
| 20. | Chase | Unsecured |  | No Claim Filed |
| 21. | Chase | Unsecured |  | No Claim Filed |
| 22. | GEMB | Unsecured |  | No Claim Filed |
| 23. | HSBC | Unsecured |  | No Claim Filed |
| 24. | Cpu/Citi Bank | Unsecured |  | No Claim Filed |
| 25. | First National Bank Of Omaha | Unsecured |  | No Claim Filed |
| 26. | Nicor Gas | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Gren, Gustavo A

Printed: 11/25/08

Case Number:  08 B 22292
Judge:  Wedoff, Eugene R
Filed:  8/25/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Infibank | Unsecured | | No Claim Filed |
| 28. RBS | Unsecured | | No Claim Filed |
| 29. Shell Oil Company | Unsecured | | No Claim Filed |
| 30. Washington Mutual Providian | Unsecured | | No Claim Filed |
| | | $ 2,963.57 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

