### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gren, Irena J

Printed: 11/25/08

Case Number:  08 B 22292
Judge:  Wedoff, Eugene R
Filed:  8/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  November 20, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 460.32 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 460.32 |
| Totals: | 460.32 | 460.32 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 2. | Selfreliance Ukrainian American FCU | Secured | 0.00 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 439.11 | 0.00 |
| 4. | Commerce Bank | Unsecured | 155.29 | 0.00 |
| 5. | Wells Fargo Financial Illinois Inc | Unsecured | 44.76 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 772.94 | 0.00 |
| 7. | FIA Card Services | Unsecured | 110.61 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 149.86 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 253.09 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 242.43 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 49.50 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 8.03 | 0.00 |
| 13. | Discover Financial Services | Unsecured | 737.95 | 0.00 |
| 14. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 15. | Bank Of America | Unsecured |  | No Claim Filed |
| 16. | Bank Of America | Unsecured |  | No Claim Filed |
| 17. | Nicor Gas | Unsecured |  | No Claim Filed |
| 18. | Beneficial | Unsecured |  | No Claim Filed |
| 19. | Chase | Unsecured |  | No Claim Filed |
| 20. | Chase | Unsecured |  | No Claim Filed |
| 21. | Chase | Unsecured |  | No Claim Filed |
| 22. | HSBC | Unsecured |  | No Claim Filed |
| 23. | Cpu/Citi Bank | Unsecured |  | No Claim Filed |
| 24. | Shell Oil Company | Unsecured |  | No Claim Filed |
| 25. | First National Bank Of Omaha | Unsecured |  | No Claim Filed |
| 26. | GEMB | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gren, Irena J

Printed: 11/25/08

Case Number:  08 B 22292
Judge:  Wedoff, Eugene R
Filed:  8/25/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27.  Ana Glen Flores | Unsecured | | No Claim Filed |
| 28.  RBS | Unsecured | | No Claim Filed |
| 29.  Infibank | Unsecured | | No Claim Filed |
| 30.  Washington Mutual Providian | Unsecured | | No Claim Filed |
| | | $ 2,963.57 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

