**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-22292 |
| | § | |
| GUSTAVO A GREN | § | |
| IRENA J GREN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604.

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 02/22/2011, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/25/2011         By:  /s/ David P. Leibowitz
                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 08-22292
§
GUSTAVO A GREN §
IRENA J GREN §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $40,011.65
*and approved disbursements of* $23,439.62
*leaving a balance on hand of*[1] : $16,572.03

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Nissan Motor Acceptanc | $12,477.96 | $0.00 | $0.00 | $0.00 |
| 8 | Selfreliance Ukrainian | $94,676.75 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $16,572.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee Fees | $4,751.10 | $0.00 | $4,751.10 |
| DAVID P. LEIBOWITZ, Trustee Expenses | $117.00 | $0.00 | $117.00 |
| Lakelaw, Attorney for Trustee Fees | $6,500.00 | $0.00 | $6,500.00 |
| Lakelaw, Attorney for Trustee Expenses | $96.26 | $0.00 | $96.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

| Office of the Clerk/ United States Bankruptcy Court, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |
|---|---|---|---|

Total to be paid for chapter 7 administrative expenses:     $11,714.36
Remaining balance:     $4,857.67

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $4,857.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $4,857.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $88,462.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $14,612.82 | $0.00 | $802.43 |
| 2 | Discover Bank/DFS Services LLC | $8,695.23 | $0.00 | $477.48 |
| 4 | Commerce Bank | $3,075.13 | $0.00 | $168.86 |
| 5 | Wells Fargo Financial Illinois Inc | $886.24 | $0.00 | $48.67 |
| 7 | LVNV Funding LLC its successors and assigns as assignee of Citibank | $15,305.74 | $0.00 | $840.47 |

**UST-Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 9 | LVNV Funding LLC its successors and assigns as assignee of Citibank | $2,967.44 | $0.00 | $162.95 |
| 10 | LVNV Funding LLC its successors and assigns as assignee of Citibank | $159.00 | $0.00 | $8.73 |
| 11 | eCAST Settlement Corporation assignee of HSBC Bank Nevada | $5,011.72 | $0.00 | $275.20 |
| 12 | eCast Settlement Corporation Bank | $980.19 | $0.00 | $53.82 |
| 13 | eCAST Settlement Corporation assignee of/Bank of America | $4,800.55 | $0.00 | $263.61 |
| 14 | FIA Card Services aka Bank of America | $2,190.22 | $0.00 | $120.27 |
| 16 | Roundup Funding, LLC/Chase Bank USA, NA | $1,617.90 | $0.00 | $88.84 |
| 17 | Rbs Citizens N A | $9,620.23 | $0.00 | $528.27 |
| 19 | eCAST Settlement Corporation assignee of / Bank of America | $15,572.53 | $0.00 | $855.12 |
| 20 | LVNV Funding LLC its successors and assigns as assignee of Citibank | $2,967.44 | $0.00 | $162.95 |

Total to be paid to timely general unsecured claims:     $4,857.67
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST-Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                    Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 2              Date Rcvd: Jan 26, 2011
Case: 08-22292                Form ID: pdf006             Total Noticed: 41

The following entities were noticed by first class mail on Jan 28, 2011.
db/jdb        +Gustavo A Gren,    Irena J Gren,    4910 N Kirk,    Skokie, IL 60077-3010
aty           +Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty           +Milton A Tornheim,    555 Skokie Blvd,    Suite 500,    Nortbrook, IL 60062-2845
tr            +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
12546790       Ana Gren-Flores,    4910 Kirk St.,    Skokie, IL  60077-3010
12546793      +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
12546792       Bank Of America,    4060 Ogletown/stanton Rd,    Newark, DE  19713
12546794      +Beneficial/hfc,    Po Box 1547,    Chesapeake, VA 23327-1547
12546812     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
              (address filed with court:  Wash Mutual/providian,    Po Box 9180,    Pleasanton, CA  94566)
12546795      +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
12546796      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12546797      +Citgo/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
12546798      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12587063      +Commerce Bank,    P O BOX 419248,    KCREC-10,    Kansas City, Mo 64141-6248
12546799      +Commerce Bk,    911 Main St,    Kansas City, MO 64105-2009
12546800      +Cpu/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
12881504       FIA Card Services aka Bank of America,     c o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701
12546802      +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
12546787      +Gren Gustavo A,    4910 N Kirk,    Skokie, IL 60077-3010
12546788      +Gren Irena J,    4910 N Kirk,    Skokie, IL 60077-3010
12546804      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12546805      +Infibank,    Po Box 3412,    Omaha, NE 68103-0412
12546789      +Milton,    Tornheim,    555 Skokie Blvd- Suite 500,    Northbrook, IL 60062-2845
12546807      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
13040956      +Rbs Citizens N A,    P O Box 7054,    Bridgeport Ct 06601-7054
12546808      +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
12546809      +Selfreliance Ukrainian,    2332 W Chicago Ave,    Chicago, IL 60622-6911
12546810      +Shell/citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
12546811      +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12619131      +Wells Fargo Financial Illinois Inc,    4137 121st Street,    Urbandale IA 50323-2310
12546813      +Wffinancial,    5764 W Touhy Ave Ste C2,    Niles, IL 60714-4606
12831533       eCAST Settlement Corporation assignee of,    FIA Card Services aka Bank of America,    POB 35480,
                Newark NJ 07193-5480
12822212       eCast Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
                Newark NJ 07193-5480
12825576       eCast Settlement Corporation Bank,    POB 35480,    Newark, NJ  07193-5480

The following entities were noticed by electronic transmission on Jan 27, 2011.
12546791      +E-mail/Text: RBALTAZAR@ARMORSYS.COM                           Armor Systems Co,
                1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
12578960       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 27 2011 05:20:10
                Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12546801      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 27 2011 05:20:10      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
12546803       E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2011 05:02:20      GE Money Bank (Meijer),
                c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 S.E. 2nd Avenue Suite 1120,
                Miami, FL  33131-1605
12665501       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12546806      +E-mail/Text: bankrup@nicor.com                           Nicor Gas,    1844 Ferry Road,
                Naperville, IL 60563-9600
13035328       E-mail/PDF: BNCEmails@blinellc.com Jan 27 2011 05:12:39      Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
12587064*     +Commerce Bank,    P O BOX 419248,    KCREC-10,    Kansas City, Mo 64141-6248
13528393*      eCAST Settlement Corporation assignee of,    FIA Card Services aka Bank of America,    POB 35480,
                Newark NJ 07193-5480
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mflowers              Page 2 of 2              Date Rcvd: Jan 26, 2011
Case: 08-22292                Form ID: pdf006             Total Noticed: 41

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2011**                       **Signature:**        *Joseph Speetjens*