**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-22292-ERW |
| | § | |
| GUSTAVO A GREN | § | |
| IRENA J GREN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $323,374.00 | Assets Exempt: | $55,625.00 |
| Total Distributions to Claimants: | $6,117.61 | Claims Discharged Without Payment: | $162,371.51 |
| Total Expenses of Administration: | $17,306.98 | | |

3) Total gross receipts of $40,012.85 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $16,588.26 (see **Exhibit 2),** yielded net receipts of $23,424.59 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $108,488.00 | $203,090.20 | $1,258.74 | $1,258.74 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $22,226.98 | $17,306.98 | $17,306.98 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $118,243.00 | $98,674.44 | $88,462.38 | $4,858.87 |
| **Total Disbursements** | $226,731.00 | $323,991.62 | $107,028.10 | $23,424.59 |

4). This case was originally filed under chapter 13 on 08/25/2008. The case was converted to one under Chapter 7 on 11/20/2008. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/29/2011 By: /s/ David P. Leibowitz

Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| y10 acres unimproved parcel of real estate commo | 1110-000 | $40,000.00 |
| Interest Earned | 1270-000 | $12.85 |
| **TOTAL GROSS RECEIPTS** | | $40,012.85 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Gustavo Gren | Funds to Third Parties | 8500-000 | $16,588.26 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $16,588.26 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Nissan Motor Acceptanc | 4110-000 | $12,899.00 | $12,477.96 | $0.00 | $0.00 |
| 6 | Selfreliance Ukrainian | 4110-000 | $95,589.00 | $94,676.75 | $0.00 | $0.00 |
| 8 | Selfreliance Ukrainian | 4110-000 | NA | $94,676.75 | $0.00 | $0.00 |
| | County Property Taxes 01/01/08-12/31/08 | 4800-000 | NA | $1,258.74 | $1,258.74 | $1,258.74 |
| **TOTAL SECURED CLAIMS** | | | $108,488.00 | $203,090.20 | $1,258.74 | $1,258.74 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $4,751.10 | $4,751.10 | $4,751.10 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $117.00 | $117.00 | $117.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $27.87 | $27.87 | $27.87 |
| County Tax Stamp /Deed | 2500-000 | NA | $20.00 | $20.00 | $20.00 |
| Credit for Survey to | 2500-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| buyer | | | | | |
| State Regulatory Fee /attorneys Title Guaranty Fund | 2500-000 | NA | $3.00 | $3.00 | $3.00 |
| State Tax Stamps Deed | 2500-000 | NA | $40.00 | $40.00 | $40.00 |
| Title Charges | 2500-000 | NA | $330.00 | $330.00 | $330.00 |
| Office of the Clerk/ United States Bankruptcy Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| County Property Taxes 01/01/09-08/08/09 | 2820-000 | NA | $771.75 | $771.75 | $771.75 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $11,420.00 | $6,500.00 | $6,500.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $96.26 | $96.26 | $96.26 |
| Commission paid at settlement, Realtor for Trustee | 3510-000 | NA | $3,400.00 | $3,400.00 | $3,400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $22,226.98 | $17,306.98 | $17,306.98 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | NA | $14,612.82 | $14,612.82 | $802.63 |
| 2 | Discover Bank/DFS Services LLC | 7100-000 | $8,695.00 | $8,695.23 | $8,695.23 | $477.60 |
| 4 | Commerce Bank | 7100-000 | $2,941.00 | $3,075.13 | $3,075.13 | $168.90 |
| 5 | Wells Fargo Financial Illinois Inc | 7100-000 | $875.00 | $886.24 | $886.24 | $48.68 |
| 7 | LVNV Funding LLC its successors and assigns as assignee of Citibank | 7100-000 | $15,305.00 | $15,305.74 | $15,305.74 | $840.68 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | LVNV Funding LLC its successors and assigns as assignee of Citibank | 7100-000 | $2,967.00 | $2,967.44 | $2,967.44 | $162.99 |
| 10 | LVNV Funding LLC its successors and assigns as assignee of Citibank | 7100-000 | NA | $159.00 | $159.00 | $8.73 |
| 11 | eCAST Settlement Corporation assignee of HSBC Bank Nevada | 7100-000 | NA | $5,011.72 | $5,011.72 | $275.27 |
| 12 | eCast Settlement Corporation Bank | 7100-000 | NA | $980.19 | $980.19 | $53.84 |
| 13 | eCAST Settlement Corporation assignee of/Bank of America | 7100-000 | $4,885.00 | $4,800.55 | $4,800.55 | $263.67 |
| 14 | FIA Card Services aka Bank of America | 7100-000 | $2,190.00 | $2,190.22 | $2,190.22 | $120.30 |
| 15 | Roundup Funding, LLC/Chase Bank USA, NA | 7100-000 | NA | $2,726.32 | $0.00 | $0.00 |
| 16 | Roundup Funding, LLC/Chase Bank USA, NA | 7100-000 | $1,617.00 | $1,617.90 | $1,617.90 | $88.86 |
| 17 | Rbs Citizens N A | 7100-000 | NA | $9,620.23 | $9,620.23 | $528.40 |
| 18 | Roundup Funding, LLC/Chase Bank USA, NA | 7100-000 | NA | $7,485.74 | $0.00 | $0.00 |
| 19 | eCAST Settlement Corporation assignee of / Bank of America | 7100-000 | NA | $15,572.53 | $15,572.53 | $855.33 |
| 20 | LVNV Funding LLC its successors and assigns as assignee of Citibank | 7100-000 | NA | $2,967.44 | $2,967.44 | $162.99 |
| | Ana Gren-Flores | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Armor Systems | 7100-000 | $44.00 | NA | NA | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Co | | | | | |
| | Bank Of America | 7100-000 | $15,572.00 | NA | NA | $0.00 |
| | Bank Of America | 7100-000 | $5,070.00 | NA | NA | $0.00 |
| | Bank Of America | 7100-000 | $4,650.00 | NA | NA | $0.00 |
| | Beneficial/hfc | 7100-000 | $7,918.00 | NA | NA | $0.00 |
| | Cap One | 7100-000 | $980.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $7,485.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $2,726.00 | NA | NA | $0.00 |
| | Citgo/cbsd | 7100-000 | $63.00 | NA | NA | $0.00 |
| | Cpu/cbsd | 7100-000 | $34.00 | NA | NA | $0.00 |
| | Fnb Omaha | 7100-000 | $9,171.00 | NA | NA | $0.00 |
| | Gemb/meijer | 7100-000 | $151.00 | NA | NA | $0.00 |
| | Hsbc Bank | 7100-000 | $138.00 | NA | NA | $0.00 |
| | Infibank | 7100-000 | $9,953.00 | NA | NA | $0.00 |
| | Nicor Gas | 7100-000 | $23.00 | NA | NA | $0.00 |
| | Rbs Citizens Na | 7100-000 | $9,620.00 | NA | NA | $0.00 |
| | Shell/citi | 7100-000 | $128.00 | NA | NA | $0.00 |
| | Wash Mutual/providian | 7100-000 | $5,042.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $118,243.00 | $98,674.44 | $88,462.38 | $4,858.87 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 08-22292-ERW
**Case Name:** GREN, IRENA J
**For the Period Ending:** 4/29/2011

**Trustee Name:** David Leibowitz
**Date Filed (f) or Converted (c):** 11/20/2008 (c)
**§341(a) Meeting Date:** 01/07/2009
**Claims Bar Date:** 04/09/2009

| Ref. # | 1<br>Asset Description (Scheduled and Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Value | 3<br>Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | 5<br>Sales/Funds Received by the Estate | 6<br>Asset Fully Administered (FA) / Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1/2 undivided interest in a 2 flat building comm | $250,000.00 | $120,411.00 | DA | $0.00 | FA |
| **Asset Notes:** | Gren Gustavo's property. | | | | | |
| 2 | y10 acres unimproved parcel of real estate commo | $35,805.00 | $35,805.00 | DA | $40,000.00 | FA |
| 3 | Checking & Savings Account, National City Bank | $200.00 | $0.00 | DA | $0.00 | FA |
| 4 | Checking & Savings Account: Self Reliance Credit | $400.00 | $0.00 | DA | $0.00 | FA |
| 5 | 5 rooms of furniture acquired 30 years ago audi | $500.00 | $0.00 | DA | $0.00 | FA |
| 6 | Mens and womens used clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 7 | Whole life ins policy, face value 50,000.00, Pru | $5,674.00 | $3,674.00 | DA | $0.00 | FA |
| 8 | Whole life policy, face value 36,000.00, Metropo | $16,000.00 | $0.00 | DA | $0.00 | FA |
| 9 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 10 | IRA other pension or profit sharing plans. Give | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 11 | 1990 Chevrolet Minivan | $525.00 | $0.00 | DA | $0.00 | FA |
| 12 | 1996 Infiniti G20 | $500.00 | $0.00 | DA | $0.00 | FA |
| 13 | 2008 Nissan Versa | $12,270.00 | $12,270.00 | DA | $0.00 | FA |
| **Asset Notes:** | Asset not administered - Lien continue to be on property | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $12.85 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | **$323,374.00** | **$172,160.00** | | **$40,012.85** | **$0.00** |

**Major Activities affecting case closing:**

Land in Western Illinois to be sold
01/24/09 DPL
Land sold Money received

TFR to be completed

Land in Western Illinois to be sold 01/24/09 DPL Broker located in Galena
Value claim 8 as an unsecured claim. Pay 1/2 of net proceeds of sale to non-filing spouse on Galena property. Review remaining claims and prepare TFR
TFR completed for D. Leibowitz Review and approval

**Initial Projected Date Of Final Report (TFR):** 12/31/2010
**Current Projected Date Of Final Report (TFR):** 12/31/2010

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 08-22292-ERW | **Trustee Name:** | David Leibowitz |
| **Case Name:** | GREN, IRENA J | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******4940 | **Money Market Acct #:** | ******6165 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 8/25/2008 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/29/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********6165 | 9999-000 | $16,565.26 | | $16,565.26 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.79 | | $16,566.05 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.98 | | $16,567.03 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.70 | | $16,567.73 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $16,567.73 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $16,567.73 | $16,567.73 | $0.00 |
| **Less: Bank transfers/CDs** | $16,565.26 | $16,567.73 | |
| **Subtotal** | $2.47 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $2.47 | $0.00 | |

**For the period of 8/25/2008 to 4/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2.47 |
| Total Internal/Transfer Receipts: | $16,565.26 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $16,567.73 |

**For the entire history of the account between 04/06/2010 to 4/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2.47 |
| Total Internal/Transfer Receipts: | $16,565.26 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $16,567.73 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 08-22292-ERW
**Case Name:** GREN, IRENA J
**Primary Taxpayer ID #:** ******4940
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 8/25/2008
**For Period Ending:** 4/29/2011

**Trustee Name:** David Leibowitz
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Money Market Acct #:** ******6165
**Account Title:** Money Market Account
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/25/2009 | | Vacant Property Lot S23 T27N R1E SE NW | | | * | $32,576.51 | | $32,576.51 |
| | {2} | | gross amount received | $39,400.00 | 1110-000 | | | $32,576.51 |
| | | | Commission paid at settlement | $(3,400.00) | 3510-000 | | | $32,576.51 |
| | | | Title Charges | $(330.00) | 2500-000 | | | $32,576.51 |
| | | | County Tax Stamp /Deed | $(20.00) | 2500-000 | | | $32,576.51 |
| | | | State Tax Stamps Deed | $(40.00) | 2500-000 | | | $32,576.51 |
| | | | State Regulatory Fee /attorneys Title Guaranty Fund | $(3.00) | 2500-000 | | | $32,576.51 |
| | | | Credit for Survey to buyer | $(1,000.00) | 2500-000 | | | $32,576.51 |
| | | | County Property Taxes 01/01/08-12/31/08 | $(1,258.74) | 4800-000 | | | $32,576.51 |
| | | | County Property Taxes 01/01/09-08/08/09 | $(771.75) | 2820-000 | | | $32,576.51 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | $0.26 | | $32,576.77 |
| 12/03/2009 | (2) | MCCOY REAL ESTATE SERVICES, INC | | | 1110-000 | $600.00 | | $33,176.77 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | $1.39 | | $33,178.16 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | $1.30 | | $33,179.46 |
| 02/08/2010 | 1001 | Gustavo Gren | 1/2 Interest | | 8500-000 | | $16,588.26 | $16,591.20 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | $1.08 | | $16,592.28 |
| 03/04/2010 | 1002 | INTERNATIONAL SURETIES, LTD | Bond #016026455 | | 2300-000 | | $27.87 | $16,564.41 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | $0.74 | | $16,565.15 |
| 04/06/2010 | | Wire out to BNYM account ********6165 | Wire out to BNYM account ********6165 | | 9999-000 | ($16,565.26) | | ($0.11) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | $0.11 | | $0.00 |

**SUBTOTALS** $16,616.13 $16,616.13

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 08-22292-ERW | **Trustee Name:** | David Leibowitz |
| **Case Name:** | GREN, IRENA J | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******4940 | **Money Market Acct #:** | ******6165 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 8/25/2008 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/29/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $16,616.13 | $16,616.13 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($16,565.26) | $0.00 | |
| | | | **Subtotal** | | $33,181.39 | $16,616.13 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $33,181.39 | $16,616.13 | |

**For the period of 8/25/2008 to 4/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $40,004.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,004.88 |
| Total Internal/Transfer Receipts: | ($16,565.26) |
| Total Compensable Disbursements: | $23,439.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23,439.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/12/2009 to 4/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $40,004.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,004.88 |
| Total Internal/Transfer Receipts: | ($16,565.26) |
| Total Compensable Disbursements: | $23,439.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23,439.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 08-22292-ERW | **Trustee Name:** | David Leibowitz |
| **Case Name:** | GREN, IRENA J | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******4940 | **Checking Acct #:** | ******2292 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 8/25/2008 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/29/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/23/2011 | | Transfer From: #******2292 | | 9999-000 | $16,573.23 | | $16,573.23 |
| 02/23/2011 | 2001 | Office of the Clerk/ United States Bankruptcy Court | Claim #: 0; Amount Claimed: 250.00; Amount Allowed: 250.00; Distribution Dividend: 100.00; | 2700-000 | | $250.00 | $16,323.23 |
| 02/23/2011 | 2002 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $4,751.10 | $11,572.13 |
| 02/23/2011 | 2003 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $117.00 | $11,455.13 |
| 02/23/2011 | 2004 | Lakelaw | Claim #: ; Amount Claimed: 96.26; Amount Allowed: 96.26; Distribution Dividend: 100.00; | 3120-000 | | $96.26 | $11,358.87 |
| 02/23/2011 | 2005 | Lakelaw | Claim #: ; Amount Claimed: 11,420.00; Amount Allowed: 6,500.00; Distribution Dividend: 100.00; | 3110-000 | | $6,500.00 | $4,858.87 |
| 02/23/2011 | 2006 | Discover Bank/DFS Services LLC | Claim #: 1; Amount Claimed: 14,612.82; Amount Allowed: 14,612.82; Distribution Dividend: 5.49; | 7100-000 | | $802.63 | $4,056.24 |
| 02/23/2011 | 2007 | Discover Bank/DFS Services LLC | Claim #: 2; Amount Claimed: 8,695.23; Amount Allowed: 8,695.23; Distribution Dividend: 5.49; | 7100-000 | | $477.60 | $3,578.64 |
| 02/23/2011 | 2008 | Commerce Bank | Claim #: 4; Amount Claimed: 3,075.13; Amount Allowed: 3,075.13; Distribution Dividend: 5.49; | 7100-000 | | $168.90 | $3,409.74 |
| 02/23/2011 | 2009 | Wells Fargo Financial Illinois Inc | Claim #: 5; Amount Claimed: 886.24; Amount Allowed: 886.24; Distribution Dividend: 5.49; | 7100-000 | | $48.68 | $3,361.06 |
| 02/23/2011 | 2010 | LVNV Funding LLC its successors and assigns as | Claim #: 7; Amount Claimed: 15,305.74; Amount Allowed: 15,305.74; Distribution Dividend: 5.49; | 7100-000 | | $840.68 | $2,520.38 |
| 02/23/2011 | 2011 | LVNV Funding LLC its successors and assigns as | Claim #: 9; Amount Claimed: 2,967.44; Amount Allowed: 2,967.44; Distribution Dividend: 5.49; | 7100-000 | | $162.99 | $2,357.39 |
| 02/23/2011 | 2012 | LVNV Funding LLC its successors and assigns as | Claim #: 10; Amount Claimed: 159.00; Amount Allowed: 159.00; Distribution Dividend: 5.49; | 7100-000 | | $8.73 | $2,348.66 |
| 02/23/2011 | 2013 | eCAST Settlement Corporation assignee of | Claim #: 11; Amount Claimed: 5,011.72; Amount Allowed: 5,011.72; Distribution Dividend: 5.49; | 7100-000 | | $275.27 | $2,073.39 |
| 02/23/2011 | 2014 | eCast Settlement Corporation Bank | Claim #: 12; Amount Claimed: 980.19; Amount Allowed: 980.19; Distribution Dividend: 5.49; | 7100-000 | | $53.84 | $2,019.55 |
| 02/23/2011 | 2015 | eCAST Settlement Corporation assignee | Claim #: 13; Amount Claimed: 4,800.55; Amount Allowed: 4,800.55; Distribution Dividend: 5.49; | 7100-000 | | $263.67 | $1,755.88 |
| 02/23/2011 | 2016 | FIA Card Services aka Bank of America | Claim #: 14; Amount Claimed: 2,190.22; Amount Allowed: 2,190.22; Distribution Dividend: 5.49; | 7100-000 | | $120.30 | $1,635.58 |
| | | | | **SUBTOTALS** | $16,573.23 | $14,937.65 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 08-22292-ERW | **Trustee Name:** | David Leibowitz |
| **Case Name:** | GREN, IRENA J | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******4940 | **Checking Acct #:** | ******2292 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 8/25/2008 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/29/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/23/2011 | 2017 | Roundup Funding, LLC/Chase Bank USA, NA | Claim #: 16; Amount Claimed: 1,617.90; Amount Allowed: 1,617.90; Distribution Dividend: 5.49; | 7100-000 | | $88.86 | $1,546.72 |
| 02/23/2011 | 2018 | Rbs Citizens N A | Claim #: 17; Amount Claimed: 9,620.23; Amount Allowed: 9,620.23; Distribution Dividend: 5.49; | 7100-000 | | $528.40 | $1,018.32 |
| 02/23/2011 | 2019 | eCAST Settlement Corporation assignee of / | Claim #: 19; Amount Claimed: 15,572.53; Amount Allowed: 15,572.53; Distribution Dividend: 5.49; | 7100-000 | | $855.33 | $162.99 |
| 02/23/2011 | 2020 | LVNV Funding LLC its successors and assigns as | Claim #: 20; Amount Claimed: 2,967.44; Amount Allowed: 2,967.44; Distribution Dividend: 5.49; | 7100-000 | | $162.99 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $16,573.23 | $16,573.23 | $0.00 |
| **Less: Bank transfers/CDs** | $16,573.23 | $0.00 | |
| **Subtotal** | $0.00 | $16,573.23 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $16,573.23 | |

**For the period of 8/25/2008 to 4/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,573.23 |
| Total Compensable Disbursements: | $16,573.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,573.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/23/2011 to 4/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,573.23 |
| Total Compensable Disbursements: | $16,573.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,573.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 08-22292-ERW
**Case Name:** GREN, IRENA J
**Primary Taxpayer ID #:** ******4940
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 8/25/2008
**For Period Ending:** 4/29/2011

**Trustee Name:** David Leibowitz
**Bank Name:** Sterling Bank
**Money Market Acct #:** ******2292
**Account Title:** MMA
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $16,567.73 | | $16,567.73 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.14 | | $16,567.87 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.70 | | $16,568.57 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.70 | | $16,569.27 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.68 | | $16,569.95 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.70 | | $16,570.65 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.68 | | $16,571.33 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.70 | | $16,572.03 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.70 | | $16,572.73 |
| 02/23/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 2/23/2011 | 1270-000 | $0.50 | | $16,573.23 |
| 02/23/2011 | | Transfer To: #******2292 | | 9999-000 | | $16,573.23 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $16,573.23 | $16,573.23 | $0.00 |
| **Less: Bank transfers/CDs** | $16,567.73 | $16,573.23 | |
| **Subtotal** | $5.50 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $5.50 | $0.00 | |

**For the period of 8/25/2008 to 4/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5.50 |
| Total Internal/Transfer Receipts: | $16,567.73 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $16,573.23 |

**For the entire history of the account between 06/25/2010 to 4/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5.50 |
| Total Internal/Transfer Receipts: | $16,567.73 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $16,573.23 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 08-22292-ERW | **Trustee Name:** | David Leibowitz |
| **Case Name:** | GREN, IRENA J | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******4940 | **Money Market Acct #:** | ******2292 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | MMA |
| **For Period Beginning:** | 8/25/2008 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/29/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $33,189.36 | $33,189.36 | $0.00 |

**For the period of 8/25/2008 to 4/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $40,012.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,012.85 |
| Total Internal/Transfer Receipts: | $33,140.96 |
| | |
| Total Compensable Disbursements: | $40,012.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40,012.85 |
| Total Internal/Transfer Disbursements: | $33,140.96 |

**For the entire history of the case between 11/20/2008 to 4/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $40,012.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,012.85 |
| Total Internal/Transfer Receipts: | $33,140.96 |
| | |
| Total Compensable Disbursements: | $40,012.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40,012.85 |
| Total Internal/Transfer Disbursements: | $33,140.96 |